UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRANDEE HALEY, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff,*<br><br>  v.<br><br>FRC BALANCE LLC D/B/A TRUE FOOD KITCHEN,<br><br>   *Defendant.* | Case No.: 1:23-cv-00666-DJN-IDD |

## JOINT NOTICE

Please take notice that Plaintiff Brandee Haley ("Plaintiff") and Defendant FRC Balance LLC ("Defendant") (collectively the "Parties") have reached a resolution in principle of this matter and anticipate filing a consent decree/judgment, requesting the Court to enter the same within the next seven (7) days. The Parties further advise the Court that Plaintiff will file a Motion for Award of Attorneys' Fees and Costs within fourteen (14) days after the Court enters any consent decree/judgment in this matter.

Respectfully submitted this July 5, 2024,

| | |
|---|---|
| */s/ Robert W.T. Tucci*<br>Robert W.T. Tucci (VSB #97446)<br>ZIPIN, AMSTER & GREENBERG, LLC<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, Maryland 20910<br>Telephone: (301) 587-9373<br>Facsimile: (240) 839-9142<br>rtucci@zagfirm.com<br><br>*Counsel for Plaintiff* | */s/ Ashlee N. Williams*<br>Ashlee N. Williams<br>Virginia State Bar No. 95063<br>Ashlee.williams@ogletreedeakins.com<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>901 East Byrd Street, Suite 1300<br>Riverfront Plaza, West Tower<br>Richmond, VA 23219<br>Telephone: (804) 663-2341<br>Fax: (804) 225-8641<br><br>Douglas (Trey) Lynn |

<a>
<p></p>
</a>

(Admitted Pro Hac Vice)
trey.lynn@ogletreedeakins.com
O<small>GLETREE</small>, D<small>EAKINS</small>, N<small>ASH</small>, S<small>MOAK</small> & S<small>TEWART</small>, P.C.
2415 E. Camelback Rd., Suite 800
Phoenix, AZ 85016
Telephone: (602) 778-3708

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

On July 5, 2024, I served ☐ *the original* ☒ *a true copy* of the foregoing document entitled:

- **JOINT NOTICE**

on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Ashlee N. Williams<br>Virginia State Bar No. 95063<br>Ashlee.williams@ogletreedeakins.com<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>901 East Byrd Street, Suite 1300<br>Riverfront Plaza, West Tower<br>Richmond, VA 23219<br>Telephone: (804) 663-2341<br>Fax: (804) 225-8641<br><br>*Counsel for Defendant* | Douglas (Trey) Lynn<br>(Admitted Pro Hac Vice)<br>trey.lynn@ogletreedeakins.com<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>2415 E. Camelback Rd., Suite 800<br>Phoenix, AZ 85016<br>Telephone: (602) 778-3708<br><br>*Counsel for Defendant* |

☐ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Silver Spring, Maryland in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of ZIPIN, AMSTER, & GREENBERG LLC for collection and processing correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by the USPS for overnight delivery.

☒ **(BY ELECTRONIC TRANSMISSION)** I caused said document(s) to be served via electronic transmission through either the Court's CM/ECF system, via electronic mail, or an electronic service provider to the addressee(s) listed above on the date below.

☐ **(BY PERSONAL SERVICE)** I delivered the foregoing document by hand delivery to the addressed named above.

☐ **(BY PROCESS SERVER)** I delivered the foregoing document to a process server to effectuate process via personal service. Once a proof of service is received from the process server, our office will file the proof of service reflecting the date of personal service by the process server.

I declare under penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct.

Executed on July 5, 2024, at Silver Spring, Maryland.

                */s/ Robert W.T. Tucci*
                Robert W.T. Tucci