**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| BRANDEE HALEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>FRC BALANCE LLC D/B/A TRUE FOOD KITCHEN,<br><br>*Defendant.* | Case No. 1:23-cv-00666-DJN-IDD |

**STIPULATION AND JOINT MOTION FOR ENTRY OF JUDGMENT**

COMES NOW Plaintiff Brandee Haley ("Plaintiff") and Defendant FRC Balance, LLC d/b/a True Food Kitchen ("True Food" or "Defendant"; collectively the "Parties"), by counsel, request that the Court enter a stipulated judgment pursuant to the Parties' settlement agreement. The Parties have participated in good faith settlement negotiations in this matter and have agreed upon a compromise settlement and now wish to forever resolve, settle, compromise, and end, to the maximum extent permitted by law, any and all individual claims asserted in the above-captioned lawsuit (the "Lawsuit"), with the exception of Plaintiff's claims for attorneys' fees and costs.[1] Defendant denies the allegations asserted by Plaintiff in the Lawsuit and does not admit

---

[1] The Parties agree that Plaintiff is entitled to file a Motion for Award of Attorneys' Fees and Costs within fourteen (14) days after the Court enters the Stipulated Judgment. While Defendant denies any fault, wrongdoing, and the allegations asserted by Plaintiff in the Complaint, the Parties further agree that any Motion for Award of Attorneys' Fees and Costs filed by Plaintiff may be adjudicated as if Plaintiff had received a judgment for liability and damages at trial in the amount of Seventeen Thousand Four Hundred Fifty-One Dollars and Two Cents ($17,451.02), in addition to an entitlement for the corrected W-2c tax forms for the tax years 2021 and 2022 as described in the attached Stipulated Judgment. *See* Ex. A. Defendant otherwise retains all defenses and rights to

fault or wrongdoing. Nevertheless, the Parties realize the uncertainty, expense and time-consuming nature of litigation and desire to enter into a compromise agreement concerning all individual claims that were asserted in the Lawsuit

Pursuant to the Parties' agreement, the Parties request that the Court enter a Stipulated Judgment in favor of Plaintiff in the form attached hereto as Exhibit A. In the event that the Court declines to approve the stipulated judgment between the Parties, the Parties agree that this Agreement shall be vacated *nunc pro tunc*, and the lawsuit shall proceed without prejudice to the Parties' rights.

Dated: July 23, 2024,

*/s/ Robert W.T. Tucci*
Robert W.T. Tucci (VSB #97446)
ZIPIN, AMSTER & GREENBERG, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Telephone: (301) 587-9373
Facsimile: (240) 839-9142
rtucci@zagfirm.com

*Counsel for Plaintiff*

*/s/ Ashlee N. Williams*
Ashlee N. Williams
Virginia State Bar No. 95063
Ashlee.williams@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA 23219
Telephone: (804) 663-2341
Fax: (804) 225-8641

Douglas (Trey) Lynn
(Admitted Pro Hac Vice)
trey.lynn@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 E. Camelback Rd., Suite 800
Phoenix, AZ 85016
Telephone: (602) 778-3708

*Counsel for Defendant*

---

oppose any such Motion for Award of Attorneys' Fees and Costs, including the argument that Haley is not entitled to recover attorneys' fees and costs.

## CERTIFICATE OF SERVICE

On July 23, 2024, I served ☐ *the original* ☒ *a true copy* of the foregoing document entitled:

- ### STIPULATION AND JOINT MOTION FOR ENTRY OF JUDGMENT

on all the appearing and/or interested parties in this action as follows:

Ashlee N. Williams
Virginia State Bar No. 95063
Ashlee.williams@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA 23219
Telephone: (804) 663-2341
Fax: (804) 225-8641

*Counsel for Defendant*

Douglas (Trey) Lynn
(Admitted Pro Hac Vice)
trey.lynn@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
2415 E. Camelback Rd., Suite 800
Phoenix, AZ 85016
Telephone: (602) 778-3708

*Counsel for Defendant*

☐ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Silver Spring, Maryland in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of ZIPIN, AMSTER, & GREENBERG LLC for collection and processing correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by the USPS for overnight delivery.

☒ **(BY ELECTRONIC TRANSMISSION)** I caused said document(s) to be served via electronic transmission through either the Court's CM/ECF system, via electronic mail, or an electronic service provider to the addressee(s) listed above on the date below.

☐ **(BY PERSONAL SERVICE)** I delivered the foregoing document by hand delivery to the addressed named above.

☐ **(BY PROCESS SERVER)** I delivered the foregoing document to a process server to effectuate process via personal service. Once a proof of service is received from the process server, our office will file the proof of service reflecting the date of personal service by the process server.

I declare under penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct.

3

Executed on July 23, 2024, at Silver Spring, Maryland.

 */s/ Robert W.T. Tucci*
Robert W.T. Tucci