IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BRANDEE HALEY, *individually and on behalf of all those similarly situated*,
    Plaintiff,

v.                                                                    Civil No. 1:23cv666 (DJN)

FRC BALANCE LLC,
*d/b/a* TRUE FOOD KITCHEN,
    Defendant.

## STIPULATED JUDGMENT

      This matter comes before the Court on the parties' Stipulation and Joint Motion for Entry of Judgment, which moves the Court for entry of a stipulated judgment in Plaintiff Brandee Haley's favor. The Court hereby GRANTS the parties' Joint Motion (ECF No. 58), and upon stipulation of the parties, the Court hereby ENTERS JUDGMENT in favor of Plaintiff and ORDERS as follows:

      1. Defendant shall pay Plaintiff the amount of Seventeen Thousand Four Hundred Fifty-One Dollars and Two Cents ($17,451.02) within thirty (30) days of the date of this Stipulated Judgment.

      2. Defendant shall issue Plaintiff corrected W-2c forms for tax years 2021 and 2022 reflecting gross wages of Twenty-Eight Thousand One Dollars and Ninety-Nine Cents ($28,001.99) in tax year 2021 and Twenty-Four Thousand Four Hundred Sixty Dollars and Seventeen Cents ($24,460.17) in tax year 2022. Defendant shall issue these corrected forms within ninety (90) days of the date of this Stipulated Judgment. Issuance of the W-2c tax forms

is made purely for purposes of settlement and does not constitute an admission by Defendant that Plaintiff's earnings were incorrect or misstated.

Further, Plaintiff is entitled to file a Motion for Award of Attorneys' Fees and Costs within fourteen (14) days after the date of this Stipulated Judgment. Although Defendant denies any fault, wrongdoing, and the allegations asserted by Plaintiff in the Complaint, any Motion for Award of Attorneys' Fees and Costs filed by Plaintiff may be adjudicated as if Plaintiff had received a judgment for liability and damages at trial in the amount of Seventeen Thousand Four Hundred Fifty-One Dollars and Two Cents ($17,451.02), in addition to an entitlement for the corrected W-2c tax forms for the tax years 2021 and 2022 as described *supra*. Defendant otherwise retains all defenses and rights to oppose any such Motion for Award of Attorneys' Fees and Costs, including the argument that Plaintiff is not entitled to recover attorneys' fees and costs.

This stipulated judgement is entered pursuant to agreement between the parties for purposes of settlement and compromise of all individual claims asserted in the above-captioned case (the "Lawsuit") and constitutes both an Order of the Court and a contract, and all its provisions are enforceable by the parties. Defendant denies the allegations asserted by Plaintiff in the Lawsuit and nothing in this judgment shall be construed as an admission of fault or wrongdoing by Defendant. Plaintiff and Defendant desire for these mutually agreed-upon terms to be incorporated into a stipulated judgment to provide for possible Court enforcement of those terms in the future. The Court incorporates the parties' agreed-upon terms into this Stipulated Judgment at the parties' request. In entering this Stipulated Judgment, the Court makes no rulings or determinations about the merits of any party's claims, defenses, allegations, or arguments. The Court will retain jurisdiction over this Lawsuit and this Stipulated Judgment

until all of the Stipulated Judgment's terms have been satisfied, Plaintiff's individual claims have been dismissed with prejudice, Defendant has paid any award of attorneys' fees and costs awarded by the Court, and any appeal(s) filed by the parties concerning the Court's decision on Plaintiff's forthcoming Motion for Award of Attorneys' Fees and Costs are resolved.

Further, Plaintiff's claims under 26 U.S.C. § 7434 ("Tax Code Claim") and the Virginia Wage Payment Act, Va. Code § 40.1-29 *et seq.* ("VWPA Claim") may be resolved on a non-class and/or collective basis because these claims were not certified as a class or collective action. Accordingly, the class and collective claims may be and by effect of this Stipulated Judgment are hereby DISMISSED WITHOUT PREJUDICE to any absent class member and/or putative plaintiff pursuing his or her own Tax Code Claim or VWPA Claim individually or in a separate collective or class action, and notice to class members and/or putative plaintiffs is not necessary.

The provisions of this Stipulated Judgment shall apply to and be binding upon Plaintiff and Defendant, their respective heirs, estates, successors, assigns, and affiliates.

It is so ORDERED.

Let the Clerk file a copy of this Stipulated Judgment electronically and notify all counsel of record.

/s/
David J. Novak
United States District Judge

Alexandria, Virginia
Date: July 29, 2024